## CHESHIRE v. THE STATE.

No. 9423. MARCH 20, 1933.

*Shelby Myrick* and *E. J. Haar,* for plaintiff in error.

*Lawrence S. Camp* and *M. J. Yeomans,* attorneys-general, *Julian Hartridge* and *Samuel A. Cann,* solicitors-general, *T. R. Gress, J. T. Goree* and *B. D. Murphy,* assistant attorneys-general, contra.

GILBERT, J. H. I. Cheshire was convicted of the crime of mur-

der, with a recommendation to mercy. His motion for a new trial, consisting of the general grounds, and six special grounds added by amendment, was overruled. The exception is to that judgment. The special complaints are of a refusal to grant a continuance and of parts of the court's charge.

■ The court did not err in refusing to grant a continuance. The motion and the evidence offered to sustain it were lacking in several essentials.

■ The special grounds complaining of certain portions of the charge of the court do not show reversible error. The evidence supports the verdict.

*Judgment affirmed. All the Justices concur.*